IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSEPH RUPPERT, as Trustee and
on behalf of FAIRMONT PARK, INC.,
RETIREMENT SAVINGS PLAN, and on
behalf of all others similarly situated,**

**Plaintiff,**

v.

**PRINCIPAL LIFE INSURANCE, CO.,**

**Defendant.**                              No. 06-CV-0903-DRH

## ORDER

**HERNDON, District Judge:**

      Pending before the Court is Defendant's motion to strike sur-reply, or in the alternative, for leave to reply to sur-reply (Doc. 45). Defendant moves the Court to strike Plaintiff's March 22, 2007 supplemental exhibit to his response in opposition to Principal's section 1404(a) motion to transfer (Doc. 44). Defendant contends that this pleading is actually a sur-reply filed in violation of the local rules. Plaintiff opposes the motion arguing that his pleading is not a sur-reply. Plaintiff contends that since Principal failed to submit Ruppert's entire deposition testimony and Principal mischaracterized Ruppert's testimony he needed to supplement the record.

      After reviewing Plaintiff's March 22, 2007 supplement, the Court finds that the submission of Ruppert's entire deposition is proper and necessary for the

record. The Court will consider Ruppert's entire deposition when deciding the motion to transfer. However, the Court finds that Ruppert's brief regarding Ruppert's testimony is a sur-reply and in violation of the Local Rules.[1] Thus, the Court **GRANTS in part and DENIES in part** Defendant's motion to strike. The Court **GRANTS** the motion as to the brief regarding Ruppert's testimony and **DENIES** the motion as to Ruppert's deposition.

    **IT IS SO ORDERED.**

Signed this 30th day of April, 2007.

/s/     David RHerndon
United States District Judge

---

[1] **Local Rule 7.1(c)** provides in part: "Under no circumstances will sur-reply briefs be accepted."