IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH RUPPERT, as Trustee and
on behalf of FAIRMONT PARK, INC.,
RETIREMENT SAVINGS PLAN, and on
behalf of all others similarly situated,

Plaintiff,

v.

PRINCIPAL LIFE INSURANCE, CO.,

Defendant.                                              No. 06-CV-0903-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion to stay transfer (Doc. 56). Said motion is **GRANTED**. The Court **STAYS** the transfer of this case to the Southern District of Iowa pending future Order of the Court.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2007.

/s/      David   RHerndon
United States District Judge